> **ORDER:** Motion granted. This case is dismissed.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:10-mj-04049 |
| ) | Judge Knowles |
| JERMAINE CORTEZ TATE ) | |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by and through its counsel, Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Scarlett M. Singleton, Assistant United States Attorney, and respectfully moves this Honorable Court to dismiss, without prejudice, the complaint in this case, pursuant to Federal Rule of Criminal Procedure 48(a). The United States notes that criminal charges have been filed against the defendant in case number 3:10-CR-00163.

Respectfully submitted this the 19th day of October, 2010.

JERRY E. MARTIN
United States Attorney

/s/_____
SCARLETT M. SINGLETON
Assistant United States Attorney